IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 JAN -2  AM 11: 46

| | |
|---|---|
| JAMES PRICE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br>            Plaintiff,<br><br>-vs-<br><br>XBIOTECH, INC., JOHN SIMARD, QUEENA HAN,<br>            Defendants. | CAUSE NO.:<br>A-17-CV-01023-SS |

### ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Notice of Voluntary Dismissal [#9] filed by the plaintiff in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Notice of Voluntary Dismissal [#9] is GRANTED in all respects and this lawsuit is hereby DISMISSED without prejudice.

IT IS FINALLY ORDERED that all costs are adjudged against the party incurring same.

SIGNED this the 2nd day of ~~December 2017~~ January 2018.

_____
UNITED STATES DISTRICT JUDGE

